UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JOHN POULLARD (#98999)**

**VERSUS**

**RICHARD A. SHERBURNE, ET AL.**

**CIVIL ACTION**

**NO. 15-685-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued June 3, 2016, to which an objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 3) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on June 21, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**